WILLIAM L. D. BARRETT ET AL. *v.* PLANNING AND
ZONING COMMISSION OF THE TOWN OF WESTPORT

The petition by the plaintiffs Susan Berson et al.
for certification for appeal from the Court of
Common Pleas in Fairfield County is denied.

*Melvin J. Silverman,* in support of the petition.

*Keith D. Dunnigan,* assistant town attorney, in
opposition.

Submitted July 23—decided July 29, 1976

DEANE REALTY CORPORATION *v.* TOWN PLAN AND
ZONING COMMISSION OF THE TOWN OF
WEST HARTFORD

The plaintiff's petition for certification for appeal
from the Court of Common Pleas in Hartford
County is denied.

*Morris Apter,* in support of the petition.

*Noble R. Pierce,* assistant corporation counsel, in
opposition.

Submitted July 27—decided July 29, 1976

WILLIAM C. ANDERSON ET AL. *v.* PLANNING AND
ZONING COMMISSION OF THE TOWN OF
MANCHESTER ET AL.

The plaintiffs' petition for certification for appeal
from the Court of Common Pleas in Hartford
County is denied.